UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

APR 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

| | |
|---|---|
| MARYLYN A. LEBLANC | CIVIL ACTION 13-2641 |
| VERSUS | JUDGE HAIK |
| WARDEN, LOUISIANA CORRECTIONAL INSTITUTE FOR WOMEN | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. As such, it is hereby **ORDERED**:

The petition of Marylyn A. LeBlanc is **DISMISSED WITH PREJUDICE.**

**THUS DONE** and **SIGNED** on this **11th** day of **April, 2014.**

_____
RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA